UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:07CR635-DJS |
| ) | |
| **GABRIEL SERRANO,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Honorable Rodney W. Sippel has requested the transfer of this case to him, as related to a multi-defendant case now pending before him. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall reassign this action to the Honorable Rodney W. Sippel.

**IT IS FURTHER ORDERED** that the case number shall henceforth be 4:07CR635**-RWS**.

Dated this ___20th___ day of November, 2007.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE